# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| YEHORAM UZIEL, | Case No. CV 19-1458-DSF (JEM) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, the Report and Recommendation of the United States Magistrate Judge, Plaintiff's objections to the Report and Recommendation, and Defendants' responses to Plaintiff's objections. The Court has engaged in a _de novo_ review of the Report and Recommendation. The Court overrules Plaintiff's objections and accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Defendants' Motions to Dismiss are granted; (2) the First Amended Complaint is dismissed in its entirety with prejudice; (3) Judgment shall be entered accordingly; (4) the Motions for Sanctions filed by Defendants Gerber, Palmer, and the RLG Defendants are granted; and (5) Gerber, Palmer, and the RLG Defendants shall

file a motion for attorney's fees detailing the requested fees and an application to tax costs detailing the requested costs within thirty days of the date of this Order.

DATED: May 18, 2020

*[signature]*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE