JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEHORAM UZIEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. CV 19-1458-DSF (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 18, 2020

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE